Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GARCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> STUBHUB, INC., a Delaware corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-05088-DSF-PVC <br><br> <u>CLASS ACTION</u> <br><br> Honorable Judge Dale S. Fischer <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Complaint filed: June 22, 2021 <br> Trial Date: None Set |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mario Garcia request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear his or its own fees and costs.

Dated: October 15, 2021  **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Jasmine Behroozan
*Attorneys for Plaintiff and Proposed Class*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**